**[J-38-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 60 EAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order of the Superior |
| | : | Court entered on May 28, 2014 at No. |
| | : | 2178 EDA 2011, affirming the Order of |
| v. | : | the Court of Common Pleas of |
| | : | Philadelphia County, Criminal Division, |
| | : | entered August 2, 2011 at No. CP-51- |
| JOSE MEDINA, | : | CR-1210801-1991 |
| | : | |
| Appellee | : | SUBMITTED: February 10, 2016 |

## ORDER

**PER CURIAM**                                    **DECIDED: June 20, 2016**

**AND NOW,** this 20th day of June, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justices Donohue and Wecht did not participate in the consideration or decision of this case.